UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK
---------------------------------------------------------X
ERVIN CALDERON,

                Plaintiff,

v.                                           **ORDER**

YBJ INC., et al,                          24-CV-07517 (PMH)

                Defendants.
---------------------------------------------------------X

PHILIP M. HALPERN, United States District Judge:

      The docket indicates that mediation was held and agreement was reached on all issues. (Doc. 13). Accordingly, it is hereby **ORDERED** that the parties shall file, by **February 7, 2025**, either: (i) a joint *Cheeks* submission and fully executed proposed settlement agreement, or (ii) a Proposed Judgment pursuant to Federal Rule of Civil Procedure 68. *See Mei Xing Yu v. Hasaki Rest., Inc.*, 944 F.3d 395, 398 (2d Cir. 2019).

                                                  **SO ORDERED.**

Dated: White Plains, New York
       January 24, 2025

                                                _____
                                                PHILIP M. HALPERN
                                                United States District Judge